Jonathan M. Rotter (SBN 234137)
Pavithra Rajesh (SBN 323055)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
jrotter@glancylaw.com
prajesh@glancylaw.com

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON MASSER DOWNS, M.B., a minor, by and through her legal guardian, Shannon Masser Downs, and MARIA HINESTROSA, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REGAL MEDICAL GROUP, INC., LAKESIDE MEDICAL ORGANIZATION, A MEDICAL GROUP, INC., AFFILIATED DOCTORS OF ORANGE COUNTY MEDICAL GROUP, INC., and GREATER COVINA MEDICAL GROUP, INC.<br><br>Defendants. | Case No. 2:23-cv-01507-AB-SP<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE THAT pursuant to Rule 41(a)(l)(A)(i) of the Federal |
| 2 | Rules of Civil Procedure, Plaintiffs Shannon Masser Downs, and M.B., a minor, by |
| 3 | and through her legal guardian Shannon Masser Downs, and Maria Hinestrosa |
| 4 | (collectively, "Plaintiffs"), hereby dismiss without prejudice all causes of action in |
| 5 | the Class Action Complaint ("Complaint"). Defendants have not filed an Answer to |
| 6 | the Complaint or a Motion for Summary Judgment in this action. |

Date: March 14, 2023       Respectfully Submitted,

By:    /s/ Pavithra Rajesh
Jonathan M. Rotter (SBN 234137)
Pavithra Rajesh (SBN 323055)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
jrotter@glancylaw.com
prajesh@glancylaw.com

*Attorneys for Plaintiffs and the Proposed Class*